Third Department. March 28, 1907.) Action by William W. Wheeler against the state of New York. No opinion. Judgment unanimously affirmed, with costs. See 90 N. Y. Supp. 18.

WILHELM, Respondent, v. FULLER & WARREN CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by Walter L. Wilhelm against the Fuller & Warren Company. No opinion. Motion granted, with $10 costs. unless the appellant, within 20 days, procures the case to be signed and filed, and pays the respondent $10 costs, in which event motion denied, without costs.

WILK v. FETTEL. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Carl Wilk against Minnie Fettel. No opinion. The facts agreed upon do not necessitate the granting of an injunction by a court of equity, and judgment will therefore be rendered for the defendant, without costs, in accordance with the terms of the submission.

In re WILLIAMS. (Supreme Court, Appellate Division, First Department. April 5, 1907.) In the matter of Ellen B. Williams. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIS, Appellant, v. REGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Henry Willis against James B. Regan and another. S. Kohn, for appellant. E. V. Guinan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLS et al., Respondents, v. JAMES ROWLAND & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William Wills and another against James Rowland & Co. H. M. Hitchings, for appellant. D. McCurdy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. 102 N. Y. Supp. 386.

WILLS, Appellant, v. WEISS, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by H. Stanley Wills against Nathan Weiss. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

WOLLOWITZ, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division. First Department. March 8, 1907.) Action by Louis Wollowitz, an infant, against the New York City Railway Company. B. H. Ames, for appellant. M. Foltenstein, for respondent. No opinion. Order modified, by requiring the payment of costs up to the time of the allowance of the amendment, and of $10 costs and disbursements of this appeal, and, as so modified, affirmed. Settle order on notice.

WOOD, Appellant, v. NORMAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by Grover C. Wood against Lawson B. Norman and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re WRIGHT. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) In the matter of the application of Avery S. Wright for a writ of mandamus directing Otto Kelsey, as State Comptroller, to pay salary. No opinion. Motion denied.

YEATON, Appellant. v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Catherine E. Yeaton, as administratrix, etc., against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

YOUNG v. MASON STABLE CO. (Supreme Court. Appellate Division, First Department. April 5, 1907.) Action by Joseph C. Young against the Mason Stable Company. J. C. Robinson, for plaintiff. A. Stickney, for defendant.

PER CURIAM. Exceptions overruled, and judgment ordered in favor of defendant, with costs, on the opinion on former appeal. 89 N. Y. Supp. 349. Settle order on notice.

McLAUGHLIN, J., dissenting.

YOUNG, Respondent, v. SAMUEL MUNDHEIM CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Alice A. Young against the Samuel Mundheim Company. No opinion. Judgment of the Municipal Court affirmed on argument, with costs.

ZEISER, Respondent, v. COHN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by John Zeiser against Jacob Cohn and another. No opinion. Order affirmed, with $10 costs and disbursements. See 98 N. Y. Supp. 1078.

END OF CASES IN VOL. 103.